UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE COMMON RETIREMENT FUND,<br><br>                  Plaintiff,<br><br>- v. -<br><br>QWEST COMMUNICATIONS INTERNATIONAL, INC.; PHILIP F. ANSCHUTZ; CRAIG D. SLATER; JOSEPH P. NACCHIO; AFSHIN MOHEBBI; ROBIN R. SZELIGA; ROBERT S. WOODRUFF; STEPHEN M. JACOBSEN; MARC B. WEISBERG; DRAKE S. TEMPEST; JAMES A. SMITH; LEWIS O. WILKS; GREGORY CASEY; VINOD KHOSLA and ARTHUR ANDERSEN LLP,<br><br>                  Defendants. | 06 Civ. 2996 (SAS) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Declaration of A. Cristina Pérez-Labiosa, dated July 14, 2006, and the exhibit attached thereto, Lewis O. Wilks and Stephen M. Jacobsen's Memorandum of Law In Support Of Their Motion To Dismiss, and all prior pleadings and papers filed in this action, Defendants Lewis O. Wilks and Stephen M. Jacobsen, will move this Court before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing all claims against Defendants Lewis O. Wilks and Stephen M. Jacobsen, and for such other and further relief as the Court deems just and proper.

Dated: July 14, 2006
     New York, New York

              HOGAN & HARTSON, LLP

By: _____
Paul D. Sarkozi (PS-8977)
A. Cristina Pérez-Labiosa (AP-8807)
875 Third Avenue
New York, New York 10022
212.918.3000
212.918.3100

and

Ty Cobb
Daniel F. Shea
Charles Mitchell
Coates Lear
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
303.899.7300
*Counsel for Defendants Lewis O. Wilks
And Stephen M. Jacobsen*