UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK STATE COMMON
RETIREMENT FUND,

                   Plaintiff,

    - v. -

QWEST COMMUNICATIONS
INTERNATIONAL, INC., et al.

                 Defendants.

06 Civ. 2996 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
8/21/06

## ORDER

This matter is before the Court on Defendants Lewis O. Wilks and Stephen M.

Jacobsen's Unopposed Motion for Extension of Time to File Reply In Support of Motion to

Dismiss. Upon due consideration, the Court GRANTS the motion. Wilks and Jacobsen shall file

any reply brief in support of their pending motion to dismiss no later than August 25, 2006. *Plaintiff
may file a sur-reply of not more than 10 pages to address any new
arguments raised in the reply memorandum on or before
September 1, 2006.*

_____
United States District Judge Shira A. Scheindlin

*Dated: New York, NY
August 21, 2006*